**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Ricardo BEDOYA–MESA,**
**Defendant–Appellant.**

**United States of America,**
**Plaintiff–Appellee,**

v.

**Ricardo Bedoya, a.k.a. El Viejo, a.k.a. Fabian Pita, a.k.a. Estaban Colon, a.k.a. Pitagoris, Defendant–Appellant.**

Nos. 07–12252, 07–12253
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

April 25, 2008.

Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Mark Graham Hanson, Miami, FL, for Defendant–Appellant.

Before HULL, WILSON and PRYOR, Circuit Judges.

PER CURIAM:

Mark Graham Hanson, appointed counsel for Ricardo Bedoya–Mesa, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because our independent review of the entire record reveals no issues of arguable merit, counsel's motion to withdrawn is **GRANTED** and Bedoya–Mesa's convictions and sentences are **AFFIRMED**.